IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | |
|---|---|
| DEUTSCHE BANK NATIONAL TRUST COMPANY, as Trustee for Home Equity Mortgage Loan Asset-Backed Trust Series INABS 2007-B, Home Equity Mortgage Loan Asset-Backed Certificate Series INABS 2007-B, <br><br> *Plaintiff*, <br><br> v. <br><br> JUSTIN KAHCLAMAT, KAYLA KAHCLAMAT, and IAN KAHCLAMAT, <br><br> *Defendants*. | § § § § § § § § § § § § § § § § § | CIVIL ACTION NO. 1:24-CV-495-MAC-CLS |

## ORDER ADOPTING THE REPORT AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The District Court referred [Dkt. 11] Plaintiff Deutsche Bank National Trust Company's, as Trustee for Home Equity Mortgage Loan Asset-Backed Trust Series INABS 2007-B, Home Equity Mortgage Loan Asset-Backed Certificate Series INABS 2007-B, Motion for Default Judgment [Dkt. 9] to the Honorable Christine L. Stetson, United States Magistrate Judge, for review and disposition. *See* 28 U.S.C. § 636(b)(1); E.D. TEX. LOC. R. CV-72.

On July 16, 2025, Judge Stetson issued a Report and Recommendation [Dkt. 12] advising the Court to grant in part and deny in part Plaintiff Deutsche Bank National Trust Company's motion. Objections to the report were due by July 30, 2025. FED. R. CIV. P. 72(b)(2). To date, no party has filed objections to the report.

The Court received and considered the Report and Recommendation of the United States Magistrate Judge pursuant to such referral, along with the record, pleadings, and all available

evidence.  After careful review, the Court finds that the findings of fact and conclusions of law of the United States Magistrate Judge are correct.

Accordingly, the Report and Recommendation of the United States Magistrate Judge [Dkt. 12] is ADOPTED.  Plaintiff Deutsche Bank National Trust Company's Motion for Default Judgment [Dkt. 9] is GRANTED IN PART and DENIED IN PART.  Plaintiff Deutsche Bank National Trust Company shall have fourteen (14) days from the date of this Order to file a motion for attorney's fees establishing the amount of the reasonable and necessary attorney's fees and costs that it has incurred, with supporting evidence, based on an acceptable method for calculating attorney's fees under the Loan Agreement at issue in this case and in accordance with the case law of this circuit.  Should Plaintiff Deutsche Bank National Trust Company elect not to timely file a motion for attorney's fees, then final judgment will be entered without an award of attorneys' fees.

SIGNED at Beaumont, Texas, this 6th day of August, 2025.

_____
MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE