IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | | |
|---|---|---|
| DEUTSCHE BANK NATIONAL TRUST COMPANY, as Trustee for Home Equity Mortgage Loan Asset-Backed Trust Series INABS 2007-B, Home Equity Mortgage Loan Asset-Backed Certificate Series INABS 2007-B, | § § § § § § § § | |
| *Plaintiff*, | § § | |
| v. | § § § | CIVIL ACTION NO. 1:24-CV-495-MJT |
| JUSTIN KAHCLAMAT, KAYLA KAHCLAMAT, and IAN KAHCLAMAT, | § § § § | |
| *Defendants*. | § § § | |

**ORDER ADOPTING THE REPORT AND**
**RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE**

This Court referred [Dkt. 19] Plaintiff Deutsche Bank National Trust Company's Motion for Attorney's Fees and Costs [Dkt. 18] to the Honorable Christine L. Stetson, United States Magistrate Judge, for review and disposition. *See* 28 U.S.C. § 636(b)(1); E.D. TEX. LOC. R. CV-72. The Court had also referred [Dkt. 15] Plaintiff's initial Motion for Attorney's Fees and Costs [Dkt. 14] to Judge Stetson for the same.

On December 15, 2025, Judge Stetson issued a Report and Recommendation advising the Court to (1) deny as moot Plaintiff's initial Motion for Attorney's Fees and Costs, and (2) grant in part and deny in part Plaintiff's second Motion for Attorney's Fees and Costs by awarding $3,892.50 in attorney's fees and $1,547.44 in costs to Plaintiff. No party filed objections. As such, the Court reviews Judge Stetson's Report and Recommendation for clear error. It finds none.

**Order**

The Report and Recommendation [Dkt. 20] is ADOPTED. Plaintiff's initial Motion for Attorney's Fees and Costs [Dkt. 14] is DENIED as MOOT.

Plaintiff's second Motion for Attorney's Fees and Costs [Dkt. 18] is GRANTED in part and DENIED in part. Plaintiff is awarded **$3,892.50** in attorney's fees and **$1,547.44** in costs, not as a personal judgment against Defendants but as an additional debt secured by the Note and Secured Instrument at the basis of this suit.

**SIGNED this 6th day of January, 2026.**

Michael J. Truncale
United States District Judge